IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RUSSELL ROBINSON** | : | **CIVIL ACTION** |
| Petitioner | : | |
| v. | : | |
| | : | |
| **MICHAEL WENEROWICZ, et al.** | : | |
| Respondents | : | No. 11-CV-4032 |

### O R D E R

AND NOW, this 23rd day of July, 2013, after consideration of the Petition for Writ of *Habeas Corpus*, the response, and the reply thereto,

**IT IS HEREBY ORDERED** that for the reasons set forth above, the Petition is **DENIED with prejudice and without a hearing.**

**IT IS FURTHER ORDERED** that no certificate of appealability will be issued pursuant to 28 U.S.C. § 2253 because petitioner has failed to make a substantial showing of denial of a constitutional right.

The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.